IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**JEREMY LYLE,**

        **Plaintiff,**

v.                                                            Civil Action No. 3:23cv65

**JOE MORRISSEY,**

        **Defendant.**

**FINAL ORDER**

This matter comes before the Court *sua sponte*. The Court amends its May 10, 2023 Order, (ECF No. 8), in order to advise Lyle of his right to appeal. Accordingly, the Court VACATES the May 10, 2023 Order. (ECF No. 8.)

On January 25, 2023, Lyle filed an application to proceed *in forma pauperis* together with an initial Complaint. (ECF No. 1.) The Court provisionally filed Lyle's initial Complaint after finding that he qualified to proceed *in forma pauperis*. (ECF No. 2.) On January 30, 2023, the Court ordered Lyle to file, no later than March 1, 2023, an Amended Complaint, "which outlines in simple and straightforward terms why [he] thinks that he is entitled to relief and why the Court has jurisdiction over the case." (ECF No. 2, at 2.) The Court advised Lyle that if he failed to strictly comply with the Court's directives and applicable rules, doing so would result in the dismissal of his action. (ECF No. 2, at 3.)

On February 28, 2023, Lyle filed a Motion for an Extension of Time. (ECF No. 4.) Lyle sought "an extension of 30 days" to file his Amended Complaint. (ECF No. 4, at 1.) He stated that he needed the additional time due to his "lack of knowledge of what [the Court] asks for." (ECF No. 4, at 1.) The Court granted his Motion and ordered Lyle to file his Amended

Complaint by no later than April 23, 2023. (ECF No. 5, at 2.) In the Order, the Court stated, "[w]hile the Court's January 30, 2023 Order advises Lyle on how to frame his Amended Complaint, there are places that might be able to offer legal assistance." (ECF No. 5, at 1–2.) The Court provided Lyle the contact information for Central Virginia Legal Aid and the Legal Aid Justice Center. (ECF No. 5, at 2.)

On March 30, 2023, Lyle filed a Response to Judge's Order. (ECF No. 6.) This is not an Amended Complaint. The Response does not "outline[] in simple and straightforward terms why [he] thinks that he is entitled to relief and why the Court has jurisdiction over the case." (ECF No. 2, at 2.) Instead, Lyle presents various disjointed factual allegations and attaches exhibits in a manner fully contrary to the dictates of this Court's January 30, 2023 Order.

More than fourteen (14) days have passed since the April 23, 2023 deadline, but Lyle has not filed an Amended Complaint. He has therefore failed to comply with the Court's Orders. (ECF Nos. 2, 5.) Thus, pursuant to Rule 41(b), the Court DISMISSES THIS ACTION WITHOUT PREJUDICE for failure to prosecute.

The Court does not grant leave to amend, rendering this order final and appealable. *See Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (holding that an order dismissing a case without leave to amend is final and appealable). Lyle is advised that he has the right to appeal the decision of the Court. Should he wish to do so, written notice of appeal must be filed with the Clerk of the Court within thirty (30) days of the date of entry hereof. Failure to file a written notice of appeal may result in the loss of the right to appeal.

Let the Clerk send a copy of this Order to Lyle at his address of record.

It is SO ORDERED.

Date: 05/22/23
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge

2